UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAYANA JIMENEZ (1),<br>HECTOR CASTILLO-TRINIDAD(2),<br><br>　　　　　Defendants. | CASE NO.: 22-CR-1155-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for June 24, 2022, at 1:30 p.m., be continued to July 29, 2022, at 1:30 p.m. For the reasons set forth in the joint motion, the Court finds that time is excluded in the interests of justice and also pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED**.

Dated: June 17, 2022

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge