# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAYANA JIMENEZ (1),<br><br>  Defendant. | Case No. 22-CR-1155-JLS<br><br>**ORDER and JUDGMENT OF DISMISSAL** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice as to Defendant Dayana Jimenez.

**SO ORDERED.**

Dated: June 30, 2022

Hon. Janis L. Sammartino
United States District Judge